JD
F#: 2020R00687

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

         - against -

DAVID WRIGHT,

              Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - X

**FILED UNDER SEAL**

<u>AFFIDAVIT AND</u>
<u>COMPLAINT IN SUPPORT</u>
<u>OF AN APPLICATION FOR</u>
<u>AN ARREST WARRANT</u>

Case No. 20-MJ-672

(18 U.S.C. § 922(g)(1))

EASTERN DISTRICT OF NEW YORK, SS:

JEFFREY VALENZANO, being duly sworn, deposes and states that he is a

Task Force Officer with the Federal Bureau of Investigation, and a Task Force Officer with

the "FBI/NYPD Safe Streets Task Force," duly appointed according to law and acting as

such.

On or about July 19, 2020, within the Eastern District of New York, the

defendant DAVID WRIGHT, knowing that he had been previously convicted in a court of

one or more crimes punishable by imprisonment for a term exceeding one year, did

knowingly and intentionally possess in and affecting interstate or foreign commerce

ammunition, to wit, one .9mm caliber Speer cartridge and one .25 caliber Ruger Horandy

cartridge.

(Title 18, United States Code, Section 922(g)(1))

2

The source of your deponent's information and the grounds for her belief are as follows:[1]

I am a Task Force Officer with the Federal Bureau of Investigation ("FBI") and have been for approximately five years.   I am currently assigned to the New York Metro Safe Streets Gang Task Force, where I investigate gangs, narcotics trafficking, firearms trafficking, robbery, kidnapping and other offenses.   These investigations are conducted both overtly and covertly.   I am also a Detective with the New York City Police Department ("NYPD") and have been so employed for approximately 19 years.   Through my training, education and experience, I have become familiar with the manner in which narcotics distribution, robberies, firearms trafficking and other schemes are carried out, and the efforts of persons involved in such activity to avoid detection by law enforcement.

1.      I am familiar with the facts and circumstances set forth below from my participation in the investigation; my review of the investigative file, including the defendant's criminal history record; and from reports of other law enforcement officers involved in the investigation.   Where I describe the statements of others, I am doing so only in sum and substance and in part.

2.      On or about July 19, 2020, at approximately 1:50 a.m., a fight broke out between two males inside a courtyard of 416 Chester Street (Marcus Garvey Mews) in Brooklyn, N.Y.   I have observed video surveillance leading up to and following the fight. The video shows that at some point a dark skinned male, wearing a white "V-neck" T-shirt

---

[1] Because this affidavit is being submitted for the limited purpose of establishing probable cause to arrest, I have not set forth every fact learned during the course of this investigation.

and light blue jeans, (the "Shooter") pulled out a black pistol and fired at least one gunshot at the other male, striking him once in the leg with a bullet. The Shooter can be seen on the video with dark skin, and black short cropped hair.   The Shooter's hair has a distinctive patch of white hair directly in the front of the crown of his head.

3.        After firing the shots, a second male from a distance is observed firing a single shot.   After the shooting, the Shooter entered a building next door, at 418 Chester Street Brooklyn,, New York.   418 Chester Street is known to law enforcement as an address of the defendant DAVID WRIGHT's family. The victim fled from the scene and made his way to a local hospital, and members of law enforcement processed the scene for physical evidence.   Discovered in the courtyard by 416 Chester Street were two spent shell casings from fired ammunition.   The ammunition included, to wit: one .9mm caliber Speer cartridge and one .25 caliber Ruger Horandy cartridge.

4.        On approximately June 28, 2019, the defendant DAVID WRIGHT and two of his family members were shot near 418 Chester Street, Brooklyn, New York, following a dispute with a male who returned with a firearm and shot WRIGHT and two of his family members.   Body worn camera footage of a responding police officer, which I have reviewed, shows the defendant DAVID WRIGHT having been shot at that scene, with the distinctive patch of white hair clearly visible on the body worn camera footage. Detective-1 investigated that shooting and spoke with WRIGHT in person about the shooting.   WRIGHT refused to cooperate with Detective-1 regarding the shooting.

5.        Following the July 19, 2020 shooting at 416 Chester Street in Brooklyn, New York, Detective-1 reviewed the surveillance video footage of that shooting and positively identified the defendant DAVID WRIGHT as the "Shooter."   Detective-1 was

familiar with WRIGHT's appearance, particularly the distinctive patch of white hair on the

front of WRIGHT's otherwise black hair.   I have also reviewed the defendant WRIGHT's

social media accounts, and photographs posted on social media of DAVID WRIGHT show

him looking similar in appearance to the Shooter, including especially the distinctive patch of

white hair in the exact same location on his head.   I have therefore determined that the

defendant DAVID WRIGHT is the July 19, 2020 "Shooter."   I have reviewed the

surveillance video, and the physical appearance of the Shooter depicted in the surveillance

video is consistent with the age, race, and appearance that law enforcement has on file for the

defendant from a prior arrest.

      6.     I have reviewed the defendant's criminal history, which revealed that

on or about August 9, 2000, in Kings County Supreme Court, the defendant DAVID

WRIGHT was convicted of Criminal Possession of a Loaded firearm, in violation of

N.Y.P.L. § 265.03, a class D felony, which I know to be a crime punishable by a term of one

year or more.   Additionally, on or about February 28, 2002 in the Kings County Supreme

Court, the defendant was convicted of Attempted Sodomy in the Second degree, in violation

of N.Y.P.L. § 110/130.45, a class E felony, which I know to be a crime punishable by a term

of one year or more.

      7.     I know from my training and experience, and online searches of law

enforcement databases, that the two recovered ammunition cartridges were manufactured

outside the state of New York.

      8.     I further request that the Court issue an order sealing, until further order

of the Court, all papers submitted in support of this application, including the affidavit and

arrest warrant.   Based upon my training and experience, I have learned that criminals actively

search for criminal affidavits and arrest warrants via the internet.  Therefore, premature disclosure of the contents of this affidavit and related documents will seriously jeopardize the investigation, including by giving targets an opportunity to flee or continue flight from prosecution, destroy or tamper with evidence and change patterns of behavior.

WHEREFORE, your deponent respectfully requests an arrest warrant for the defendant DAVID WRIGHT, so that he may be dealt with according to law.

_____

JEFFREY VALENZANO
Task Force Officer
Federal Bureau of Investigation

Sworn to before me by telephone this
13th day of August, 2020

_____

THE HONORABLE PEGGY KUO
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK